IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles Williams, :
                  Appellant :
                       :
       v. :
                       :
Department of Corrections : No. 1908 C.D. 2015

## **O R D E R**

NOW, June 29, 2016, upon consideration of appellant's application for reargument, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge